IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JAMES BOYD, )
    Plaintiff, ) Civil Action No. 7:06cv00141
)
v. ) **FINAL ORDER**
)
)
JASON KIDDS, ) By: Samuel G. Wilson
    Defendant. ) United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 17th day of March, 2006.

_____
United States District Court Judge